**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kari M. Myron, Esq. (SBN 158592)
Thomas V. Perea, Esq. (SBN 140223)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
tperea@aguileragroup.com

Attorneys for Plaintiff TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREYSTONE HOMES, INC., a California Corporation; LENNAR SALES CORP., a California Corporation; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 4:13-cv-02833-SBA<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO COMPLY WITH DEADLINES & CONTINUING CASE MANAGEMENT CONFERENCE** |

## **ORDER**

Pursuant to the stipulation of the parties and good cause existing therefore,

IT IS HEREBY ORDERED THAT:

1. Defendants shall have an extension through and including September 11, 2013 in which to respond to Plaintiff's complaint;

2. The deadline for the parties to comply with the August 29, 2013 requirements

in the Order Setting Initial Case Management Conference and ADR Deadlines is extended to September 11, 2013;

    3.    The deadline for the parties to file their joint Case Management Statement is extended to September 19, 2013.

    4.    The deadline for the parties to comply with the Fed. R. Civ. P. 26 initial disclosure requirements in the Order Setting Initial Case Management Conference and ADR Deadlines is extended to September 19, 2013.

    5.    The Case Management Conference is continued to September 26, 2013 at 2:30 p.m.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

DATED: August 15, 2013

*Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE