**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kari M. Myron, Esq. (SBN 158592)
Thomas V. Perea, Esq. (SBN 140223)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
tperea@aguileragroup.com

Attorneys for Plaintiff TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, <br><br> Plaintiff, <br><br> v. <br><br> GREYSTONE HOMES, INC., a California Corporation; LENNAR SALES CORP., a California Corporation; and DOES 1 through 10 inclusive, <br><br> Defendant. | Case No. 4:13-cv-02833-SBA <br><br> **ORDER GRANTING STIPULATION EXTENDING TIME TO COMPLY WITH DEADLINES & CONTINUING CASE MANAGEMENT CONFERENCE** |

**ORDER**

Pursuant to the stipulation of the parties and good cause existing therefore,

IT IS HEREBY ORDERED THAT:

1. Defendants shall have an extension through and including October 2, 2013 in which to respond to Plaintiff's complaint;

2. The deadline for the parties to comply with the September 11, 2013

1  requirements in the Order Setting Initial Case Management Conference and ADR Deadlines,
2  dated June 19, 2013, and Order Granting Stipulation Extending Time to Comply with
3  Deadlines & Continuing Case Management Conference, dated August 15, 2013 ("Deadlines
4  Orders") is extended to October 2, 2013;

5      3.  The deadline for the parties to comply with the Fed. R. Civ. P. 26 initial
6  disclosure requirements in the Deadlines Orders is extended to October **17**, 2013.

7      4.  The deadline for the parties to file their joint Case Management Statement is
8  extended to October **17**, 2013.

9      5.  The Case Management Conference is continued to October **24**, 2013 at 2:30
10 p.m.  The parties shall **meet and confer** prior to the conference and shall prepare a joint
11 Case Management Conference Statement which shall be filed no later than seven (7) days
12 prior to the Case Management Conference that complies with the Standing Order For All
13 Judges Of The Northern District Of California and the Standing Order of this Court.
14 Plaintiff shall remain responsible for filing the statement as well as for arranging the
15 conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above
16 indicated date and time.

18 DATED: September 11, 2013

                                                  HON. SAUNDRA BROWN ARMSTRONG
                                                  UNITED STATES DISTRICT JUDGE